24020

James Allen POSEY, Petitioner v. STATE of South Carolina, Respondent.

(443 S.E. (2d) 379)

Supreme Court

*Deputy Chief Atty. Joseph L. Savitz, III, of S.C. Office of Appellate Defense,* Columbia, *for petitioner.*

*Atty. Gen. T. Travis Medlock, Chief Deputy Atty. Gen. Joseph Shine,* and *Asst. Atty. Gen. Delbert H. Singleton, Jr.,* Columbia, *for respondent.*

Submitted Feb. 16, 1994.

Decided Mar. 7, 1994.

## ON WRIT OF CERTIORARI

*Per Curiam:*

The writ of certiorari is dismissed as improvidently granted.

/s/ <u>A. Lee Chandler</u> A.C.J.
/s/ <u>Ernest A. Finney, Jr.</u> A.J.
/s/ <u>Jean H. Toal</u> A.J.
/s/ <u>Walter J. Bristow, Jr.</u> A.A.J.

MOORE, A.J., not participating.